428 A.2d 267

Continental National American Insurance Co. etc.
v. McArdle, Appellant.

Argued November 14, 1979. P. J. McArdle, appellant, in propria persona; James R. Miller, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., dissented.

428 A.2d 267

Hunsinger v. Potter, et al., Appellants.

Argued March 10, 1980. Frank C. Baker, for appellants; Michael J. Irey, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.